Richard G. ECKL *v.* STATE of Arkansas

CR 92-1188                                    841 S.W.2d 617.

Supreme Court of Arkansas
Opinion delivered November 9, 1992

*Michael Knollmeyer*, for appellant.

No response.

PER CURIAM. Appellant, Richard G. Eckl, by his attorney, Michael Knollmeyer has filed a motion for rule on the clerk. His attorney admits that the record was tendered late.

We find that such error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See per curiam dated February 5, 1979, *In re: Belated Appeals in Criminal Cases*, 265 Ark. 965; *Terry v. State*, 272 Ark. 243, 613 S.W.2d 90 (1981).

A copy of this opinion will be forwarded to the Committee on Professional Conduct.